IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKUS M. HALL, an individual;
MONIQUE G. RANKIN, an individual; and LINDSEY K. SANDERS, an individual,

    Plaintiffs,

v.

CITY OF FAIRFIELD, a California municipal corporation; OFFICER NICK McDOWELL, individually and in his capacity as a police officer with the CITY OF FAIRFIELD; OFFICER CHRIS GRIMM, individually and in his capacity as a police officer with the CITY OF FAIRFIELD; OFFICER TOM SHACKFORD, individually and in his capacity as a police officer with the CITY OF FAIRFIELD; OFFICER ZACK SANDOVAL, individually and in his capacity as a police officer with the CITY OF FAIRFIELD; SERGEANT STEVE CRANE, individually and in his capacity as a police officer with the CITY OF FAIRFIELD; IN-N-OUT BURGER, a California corporation; MARC L. YOUNG, an individual; and DOES 1 through 50, inclusive,

    Defendants.

2:10-cv-00508-GEB-DAD

ORDER

The parties' stipulated request for an "expedited" ruling on Defendants In-N-Out Burger and Marc L. Young's motion "to approve the Stipulation re Good Faith Settlement pursuant to California Code of Civil Procedure Sections 877 and 877.6" is denied.

August 22, 2011

GARLAND E. BURRELL, JR.
United States District Judge

1