IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Markus M. Hall, Monique G. Rankin, Lindsey K. Sanders,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>City of Fairfield, Nick McDowell, Chris Grimm, Tom Shackford, Zack Sandoval, Steve Crane,<br><br>　　　　　　Defendants. | 2:10-cv-0508-GEB-DAD<br><br>ORDER DENYING DEFENDANTS' MOTION TO SEAL DOCUMENTS; DENYING DEFENDANTS' REQUEST FOR SANCTIONS |

　　　　On October 7, 2011, Defendants filed a motion to place under seal exhibits C, D, E and F, which are attached to the declaration of Garret Murai ("exhibits"). This motion is denied because it fails to satisfy the applicable "compelling reasons" reasons standard. <u>Kamakana v. City and Cty. of Honolulu</u>, 447 F.3d 1172, 1179 (9th Cir. 2006).

　　　　Defendants also request that Plaintiffs' counsel be sanctioned $500 under Local Rule 110, since a protective order in this case prohibited Plaintiffs from filing the exhibits on the public docket. However, in light of the nature of the motion involved in Defendants' request for a sanction, Defendants have not shown that the referenced protective order justifies the sanction they seek. Therefore, Defendants' sanctions request is DENIED.

Dated:　December 7, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　United States District Judge