IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Markus M. Hall, Monique G. Rankin, Lindsey K. Sanders,<br><br>   Plaintiffs,<br><br>   v.<br><br>City of Fairfield, Nick McDowell, Chris Grimm, Tom Shackford, Zack Sandoval, Steve Crane,<br><br>   Defendants. | 2:10-cv-0508-GEB-DAD<br><br>ORDER DENYING DEFENDANTS' MOTION TO SEAL DOCUMENTS; DENYING DEFENDANTS' REQUEST FOR SANCTIONS |

On October 7, 2011, Defendants filed a motion to place under seal exhibits C, D, E and F, which are attached to the declaration of Garret Murai ("exhibits"). This motion is denied because it fails to satisfy the applicable "compelling reasons" reasons standard. Kamakana v. City and Cty. of Honolulu, 447 F.3d 1172, 1179 (9th Cir. 2006).

Defendants also request that Plaintiffs' counsel be sanctioned $500 under Local Rule 110, since a protective order in this case prohibited Plaintiffs from filing the exhibits on the public docket. However, in light of the nature of the motion involved in Defendants' request for a sanction, Defendants have not shown that the referenced protective order justifies the sanction they seek. Therefore, Defendants' sanctions request is DENIED.

Dated: December 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1