IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKUS M. HALL, MONIQUE G. RANKIN, LINDSEY K. SANDERS,

      Plaintiffs,

    v.

CITY OF FAIRFIELD, OFFICER NICK McDOWELL, OFFICER CHRIS GRIMM, OFFICER TOM SHACKFORD, OFFICER ZACK SANDOVAL, AND SERGEANT STEVE CRANE,

      Defendants.

_____/

No. 2:10-cv-0508 DAD

ORDER

      This case came before the court on January 25, 2013, for a status conference. Garret Murai, Esq. and Edwin Wilson, Esq. appeared telephonically for plaintiffs. Kevin Gilbert, Esq. appeared telephonically for defendants.

      Good cause appearing, IT IS ORDERED that:

      1. A Trial Confirmation Hearing is set for **April 12, 2013, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before

/////

/////

1

the undersigned.[1]  Any party may appear at the Trial Confirmation Hearing telephonically <u>if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Trial Confirmation Hearing</u>; a land line telephone number must be provided.

      2.  The Jury Trial, estimated length of approximately twelve court days, is set to commence on **April 29, 2013, at 9:00 a.m.**, before the undersigned.

DATED: January 25, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\hall0508.oah.012513

---

[1] To the extent any party wishes to file a brief in advance of the trial confirmation hearing raising issues that they request the court rule upon prior to trial, such a filing and any opposition to that filing, shall comply with the briefing schedule set forth in the Local Rules relating to motions.  <u>See</u> Local Rule 230.