IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS M. HALL, MONIQUE G. RANKIN, LINDSEY K. SANDERS,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF FAIRFIELD, OFFICER NICK McDOWELL, OFFICER CHRIS GRIMM, OFFICER TOM SHACKFORD, OFFICER ZACK SANDOVAL, AND SERGEANT STEVE CRANE,<br><br>    Defendants.<br>_____/ | No. 2:10-cv-0508 DAD<br><br><br><br>ORDER |

This case came before the court on January 25, 2013, for a status conference. Garret Murai, Esq. and Edwin Wilson, Esq. appeared telephonically for plaintiffs. Kevin Gilbert, Esq. appeared telephonically for defendants.

Good cause appearing, IT IS ORDERED that:

1. A Trial Confirmation Hearing is set for **April 12, 2013, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before

/////

/////

1

the undersigned.¹  Any party may appear at the Trial Confirmation Hearing telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Trial Confirmation Hearing; a land line telephone number must be provided.

2. The Jury Trial, estimated length of approximately twelve court days, is set to commence on **April 29, 2013, at 9:00 a.m.**, before the undersigned.

DATED: January 25, 2013.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\hall0508.oah.012513

---

¹ To the extent any party wishes to file a brief in advance of the trial confirmation hearing raising issues that they request the court rule upon prior to trial, such a filing and any opposition to that filing, shall comply with the briefing schedule set forth in the Local Rules relating to motions.  See Local Rule 230.