IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS M. HALL, MONIQUE G. RANKIN, LINDSEY K. SANDERS, | |
| Plaintiffs, | No. 2:10-cv-0508 DAD |
| v. | |
| CITY OF FAIRFIELD, OFFICER NICK McDOWELL, OFFICER CHRIS GRIMM, OFFICER TOM SHACKFORD, OFFICER ZACK SANDOVAL, AND SERGEANT STEVE CRANE, | ORDER |
| Defendants. | |

This case came before the court on April 12, 2013, for a trial confirmation hearing, and to hear argument on defendants' request for reconsideration, for the reasons set forth in defendants' supplemental trial brief (Doc. No. 180), of the court's January 7, 2013 order (Doc. No. 173) granting partial summary judgment in favor of defendants on plaintiffs' state law false arrest claims but denying summary judgment on plaintiffs' federal false arrest claims. Garret Murai, Esq. appeared for plaintiffs and Kevin Gilbert, Esq. appeared for defendants.

Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

1

1. Defendants' request for reconsideration is denied;

2. The parties' joint request for additional time for voir dire and opening statements is granted; and

3. A Jury Trial, estimated length of approximately twelve court days, is confirmed to commence on **April 29, 2013, at 9:00 a.m.**, before the undersigned.

DATED: April 17, 2013.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\hall0508.oah.041213