

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Markus Hall, et al., | ) | |
| | ) | |
| | ) | 2:10-cv-0508-DAD |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| City of Fairfield, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| _____ | ) | |

VERDICT



## VERDICT FORM

1. Do you find by a preponderance of the evidence that the defendant police officers violated plaintiffs' rights under the Fourth Amendment of the United States Constitution by falsely arresting them without probable cause to do so?

   Yes __X__        No _____

2. Do you find by a preponderance of the evidence that defendant Lieutenant Crane violated plaintiff Sanders rights under the Fourth Amendment of the United States Constitution by using excessive force in arresting plaintiff Sanders?

   Yes _____       No __X__

3. Do you find by a preponderance of the evidence that the defendant police officers actions were undertaken in an effort to interfere with plaintiffs' exercise of their Constitutional or statutory rights?

   Yes _____       No __X__

If you have answered "No" as to all of the above, sign and return the verdict. If you have answered "Yes" as to any of questions 1, 2, or 3, proceed to the questions on the following pages.

37

4. What amount do you award for damages to plaintiffs?

Plaintiff Hall            Amount $ 2,650.00
Plaintiff Rankin          Amount $ 5,650.00
Plaintiff Sanders         Amount $ 3,850.00

5. Do you find by a preponderance of the evidence that the conduct of defendant officer McDowell during the incident in question was malicious, oppressive, or in reckless disregard of plaintiff s' rights, as to

Plaintiff Hall?        Yes_____        No___X___
Plaintiff Rankin?      Yes_____        No___X___
Plaintiff Sanders?     Yes_____        No___X___

6. Do you find by a preponderance of the evidence that the conduct of defendant officer Grimm during the incident in question was malicious, oppressive, or in reckless disregard of plaintiff s' rights, as to

Plaintiff Hall?        Yes_____        No___X___
Plaintiff Rankin?      Yes_____        No___X___
Plaintiff Sanders?     Yes_____        No___X___

7. Do you find by a preponderance of the evidence that the conduct of defendant officer Shackford during the incident in question was malicious, oppressive, or in reckless disregard of plaintiff s' rights, as to

| | | |
|---|---|---|
| Plaintiff Hall? | Yes_____ | No____X____ |
| Plaintiff Rankin? | Yes_____ | No____X____ |
| Plaintiff Sanders? | Yes_____ | No____X____ |

8. Do you find by a preponderance of the evidence that the conduct of defendant officer Sandoval during the incident in question was malicious, oppressive, or in reckless disregard of plaintiff s' rights, as to

| | | |
|---|---|---|
| Plaintiff Hall? | Yes_____ | No____X____ |
| Plaintiff Rankin? | Yes_____ | No____X____ |
| Plaintiff Sanders? | Yes_____ | No____X____ |

9. Do you find by a preponderance of the evidence that the conduct of defendant Lieutenant Crane during the incident in question was malicious, oppressive, or in reckless disregard of plaintiff s' rights, as to

| | | |
|---|---|---|
| Plaintiff Hall? | Yes_____ | No____X____ |
| Plaintiff Rankin? | Yes_____ | No____X____ |
| Plaintiff Sanders? | Yes_____ | No____X____ |

**JURY FOREPERSON'S SIGNATURE**

_[signature]_  5/9/13

Presiding Juror                                Date

39