## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                            **JUDGMENT IN A CIVIL CASE**

**MARKUS M. HALL, ET AL.,**

           v.

                                            CASE NO: **2:10–CV–00508–DAD**

**CITY OF FAIRFIELD, ET AL.,**

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 5/9/2013**

                                                          **Marianne Matherly**
                                                          Clerk of Court

ENTERED: **May 13, 2013**

                                                 by: /s/ K. Zignago
                                                        Deputy Clerk