1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARKUS M. HALL, MONIQUE G.                No.  2:10-cv-0508 DAD
     RANKIN, LINDSEY K. SANDERS,
12

13                Plaintiffs,                   ORDER

14       v.

15   CITY OF FAIRFIELD, OFFICER NICK
     McDOWELL, OFFICER CHRIS GRIMM,
16   OFFICERS TOM SHACKFORD,
     OFFICER ZACK SANDOVAL, AND
17   SERGEANT STEVE CRANE,

18                Defendants.

19

20          This matter came before the court on March 27, 2015, for hearing of the parties' joint

21   motion to vacate judgment pursuant to Federal Rule of Civil Procedure 60(b)(6).[1]  Attorney

22   Thiele Dunaway appeared at the hearing on behalf of the plaintiffs and attorney Suzanne

23   Nicholson appeared on behalf of the defendants.

24          Upon consideration of the parties' arguments on file and at the hearing, and for the

25   reasons set forth in detail on the record at the hearing, IT IS HEREBY ORDERED that:

26   /////

27   _____

28   [1]  The parties have previously consented to Magistrate Judge jurisdiction over this action pursuant
     to 28 U.S.C. § 636(c).  (Dkt. No. 175.)

                                                1

1.   The parties' joint motion to vacate judgment (Dkt. No. 254) is conditionally granted subject to the granting of plaintiffs' petitions for determinations of factual innocence[2] by the Solano County Superior Court;

2.   As requested by the parties, after the Solano County Superior Court rules upon plaintiffs' petitions for factual innocence, plaintiffs' counsel shall notify the court of the decision of the Solano County Superior Court[3]; and

3.   If the Solano County Superior Court grants the plaintiffs' petitions for determinations of factual innocence, this court will issue an order vacating the judgment in this action pursuant to Federal Rule of Civil Procedure 60(b)(6).[4]

Dated:  March 27, 2015

*Dale A. Drozd*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1/orders.consent/hall0508.oah.032715.docx

---

[2]  The judgment in this action will not be vacated at this time.

[3]  The court recognizes that the determination of plaintiffs' petitions for factual innocence is entirely a matter for the Solano County Superior Court to decide.

[4]  In the event that the Solano County Superior Court does not elect to grant plaintiffs' petitions for factual innocence, the judgment previously entered in this civil action will not be vacated.